**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| JESSICA M. PALOMO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| CASEY'S MARKETING COMPANY, | ) | State Court Pleading No. 26CA-CC00271 |
| | ) | |
| Defendant. | ) | |

**DEFENDANT CASEY'S MARKETING COMPANY'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTEREST**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1 of the United States District Court for the Western District of Missouri, Defendant Casey's Marketing Company ("Defendant") states as follows:

1. Defendant Casey's Marketing Company is a corporation organized under the laws of the State of Iowa with its principal place of business in Ankeny, Iowa. For purposes of diversity jurisdiction under 28 U.S.C. § 1332(c)(1), Defendant is a citizen of the State of Iowa only. Defendant is not a limited liability company, partnership, or other unincorporated association.

2. Defendant is a wholly owned subsidiary of Casey's General Stores, Inc., an Iowa corporation with its principal place of business in Ankeny, Iowa. Fed. R. Civ. P. 7.1(a)(1); L.R. 7.1(b)).

3. Casey's General Stores, Inc. is a publicly held corporation whose common stock is traded on the NASDAQ Global Select Market under the symbol CASY, and it

owns 100% of Defendant's stock. No other publicly held corporation owns 10% or more of Defendant's stock. Fed. R. Civ. P. 7.1(a)(1).

4. Defendant has no subsidiaries that are not wholly owned. Accordingly, there are no subsidiaries to disclose under Local Rule 7.1(b).

5. Other than its parent corporation, Casey's General Stores, Inc., identified above, Defendant has no affiliates that have issued shares to the public. This item is otherwise not applicable.

6. Defendant will file an amended statement within 7 days after any change in the information above, as required by L.R. 7.1(c), and will promptly supplement this statement as required by Fed. R. Civ. P. 7.1(b)(2).

Respectfully submitted,

DYSART TAYLOR McMONIGLE
BRUMITT & WILCOX, P.C.

By *\/s/ Michael J. Judy*
Michael J. Judy MO# 58691
700 West 47th Street, Suite 410
Kansas City, Missouri 64112
Telephone: (816) 931-2700
Facsimile: (816) 931-7377
mjudy@dysarttaylor.com

ATTORNEY FOR DEFENDANT
CASEY'S MARKETING COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2026, a true copy of the foregoing Corporate Disclosure Statement was served via electronic mail upon counsel of record as follows:

Thomas Stein
Thomas Stein, P.C.
4310 Madison Ave. Suite 211
Kansas City, MO 64111
tomstein@sbcglobal.net

*/s/ Michael J. Judy*
Michael J. Judy